Otie OVERSTREET, Movant, v. HERBERT S. MELTON COMPANY, Incorporated, Opposed.

Court of Appeals of Kentucky.

Oct. 29, 1940.

Turner & Turner for movant.

Waller & Threlkeld, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

RAGLAND POTTER & COMPANY, Movant, v. J. H. FULLER, Opposed.

Court of Appeals of Kentucky.

Oct. 25, 1940.

Trimble & Trimble and H. W. Linton for movant.

S. T. Fruit and W. H. Southall, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

J. D. REYNOLDS, Doing Business as J. D. Reynolds Co., Movant, v. J. H. FULLER, Opposed.

Court of Appeals of Kentucky.

Oct. 25, 1940.

Trimble & Trimble and H. W. Linton for movant.

S. T. Fruit and W. H. Southall, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.